## United States District Court
### Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | EV78 |
| Violation Number | 7950841 |
| Officer Name (Print) | STAINES |
| Officer No | 52824 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | |
|---|---|---|
| 09/07/2019 1042 | ☒ CFR ☐ USC ☒ State Code | 32 CFR 234.17(c) / VA 46.2-830 |

Place of Offense: METRO ACCESS ROAD

Offense Description Factual Basis for Charge: DISREGARD AUTHORIZED ROAD SIGN

**DEFENDANT INFORMATION**
Phone: (443) 653-3195
Last Name: HAGANS
First Name: MONICA
MI: N.
Street Address: 109 CARAWAY ROAD APT. B1
City: REISTERSTOWN
State: MD
Zip Code: 21136
Drivers License No: H252609622472
DL State: MD

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female
Hair: BLK   Eyes: BRO   Height: 5'4   Weight: 165

**VEHICLE**
VIN: 1GC4YME78LF126230
Tag No: NONE   State: N/A   Year: [illegible]   Make/Model: CHEV/SILVERADO   Color: BLACK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $ [crossed out]
Forfeiture Amount + $30 Processing Fee = Total Collateral Due [crossed out]

**YOUR COURT DATE**
Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100
Date: 09/19/2019
Time: 0900

X Defendant Signature: REFUSAL
(Rev. 09/2015) Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 7, 20 19 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

ON SEPTEMBER 7, 2019 AT APPROXIMATELY 0423 HOURS WHILE ON THE PENTAGON RESERVATION I, OFFICER STAINES (1107), OBSERVED A BLACK CHEVROLET PICK-UP TRUCK BEARING NO REGISTRATION, DRIVE ONTO THE METRO ACCESS ROAD PAST TWO CLEARLY POSTED "DO NOT ENTER" SIGNS AT SOUTH EADS STREET AND SOUTH ROTARY ROAD. I INITIATED A TRAFFIC STOP AND IDENTIFIED THE DRIVER, MONICA N. HAGANS, BY NAME AND DATE OF BIRTH (DOB 06/20/1975)

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 09/07/2019
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

| CVB Location Code | |
|---|---|
| EV78 | |

**Violation Number:** 7950842
**Officer Name (Print):** STAINES
**Officer No:** S2824

7950842

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/07/2019 1042
**Offense Charged:** ☒ CFR ☐ USC ☒ State Code
32 CFR 234.17(c.) / VA 46.2-845

**Place of Offense:** METRO ACCESS ROAD

**Offense Description Factual Basis for Charge:** PROHIBITED U-TURN

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (443) 653-3195
**Last Name:** HAGANS
**First Name:** MONICA
**MI:** N.
**Street Address:** 109 CARAWAY ROAD APT. B1
**City:** REISTERSTOWN
**State:** MD
**Zip Code:** 21136
**Date of Birth:** 
**Drivers License No:** H252609622472
**CDL:** ☐
**DL State:** MD
**Social Security No:**

☒ Adult ☐ Juvenile  **Sex:** ☐ Male ☒ Female
**Hair:** BLK  **Eyes:** BRO  **Height:** 5'4  **Weight:** 165

**VEHICLE VIN:** 1GC4YME78LF126230  **CMV:** ☐
**Tag No:** NONE  **State:** N/A  **Year:** 14  **Make/Model:** CHEV/SILVERADO  **PASS:** ☐  **Color:** BLACK

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** United States District Court
401 Courthouse Square
Alexandria, VA 22314
703-299-2100

**Date (mm/dd/yyyy):** 09/19/2019
**Time (hh mm):** 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** REFUSAL

(Rev 09/2015)  Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **SEPTEMBER 7**, 20**19** while exercising my duties as a law enforcement officer in the **EASTERN** District of **VIRGINIA**

ON SEPTEMBER 7, 2019 AT APPROXIMATELY 0923 HOURS WHILE ON THE PENTAGON RESERVATION I, OFFICER STAINES (1107), OBSERVED A BLACK CHEVROLET PICK-UP TRUCK BEARING NO REGISTRATION MAKE A PROHIBITED U-TURN OVER DOUBLE YELLOW LINES ON THE METRO ACCESS ROAD. I INITIATED A TRAFFIC STOP AND IDENTIFIED THE DRIVER, MONICA N. HAGANS, BY NAME AND DATE OF BIRTH (06/20/1979).

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

**Executed on:** 09/07/2019  [Officer's Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle, CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

**CVB Location Code:** EV 78

**Violation Number:** 7950843
**Officer Name (Print):** STAINES
**Officer No:** 52824

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/07/2019 1042
**Offense Charged:** 32 CFR 234.8
**Place of Offense:** METRO ACCESS ROAD

**Offense Description Factual Basis for Charge:** DAMAGE TO GOVERNMENT PROPERTY

HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (443) 653-3195
**Last Name:** HAGANS
**First Name:** MONICA
**MI:** N.
**Street Address:** 109 CARAWAY ROAD APT. B1
**City:** REISTERSTOWN
**State:** MD
**Zip Code:** 21136
**Date of Birth:** 
**Drivers License No.:** H252609622472
**DL State:** MD

Adult ☒  Juvenile ☐  Sex ☐ Male ☒ Female
**Hair:** BLK  **Eyes:** BRO  **Height:** 5'4  **Weight:** 165

**VEHICLE VIN:** 1GC4YME78LF126230  CMV ☐
**Tag No:** NONE  **State:** N/A  **Year:** 19  **Make/Model:** CHEV/SILVERADO  PASS ☐  **Color:** BLACK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ ~~Forfeiture Amount~~
+ $30 ~~Processing Fee~~
**PAY THIS AMOUNT →** ~~Total Collateral Due~~

### YOUR COURT DATE
**Court Address:** United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100
**Date:** 09/19/2019
**Time:** 0900

X **Defendant Signature:** REFUSAL

(Rev 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 7, 2019 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

ON SEPTEMBER 7, 2019 AT APPROXIMATELY 0923 HOURS WHILE ON THE PENTAGON RESERVATION I, OFFICER STAINES (1107), OBSERVED A BLACK CHEVROLET PICK-UP TRUCK BEARING NO REGISTRATION MAKE A PROHIBITED U-TURN AND REVERSED INTO THE BLACK FENCE ALONG THE METRO ACCESS ROAD. THE FENCE WAS DAMAGED FROM THE STRIKE. I INITIATED A TRAFFIC STOP AND IDENTIFIED THE DRIVER, MONICA N. HAGANS, BY NAME AND DATE OF BIRTH (06/20/1979).

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

**Executed on:** 09/07/2019  Officer's Signature

Probable cause has been stated for the issuance of a warrant

**Executed on:** _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle, CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

# United States District Court Violation Notice

CVB Location Code: **EV 78**

Violation Number: **7950844**
Officer Name (Print): **STAINES**
Officer No: **S2824**

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **09/07/2019 1042**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **32 CFR 234.17 (c)(1)(v)**
Place of Offense: **METRO ACCESS ROAD**

Offense Description / Factual Basis for Charge: **DRIVING UNDER THE INFLUENCE OF DRUGS**

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (443) 653-3195
Last Name: **HAGANS**
First Name: **MONICA**
M.I.: **N.**
Street Address: **109 CARAWAY ROAD APT. B1**
City: **REISTERSTOWN**
State: **MD**
Zip Code: **21136**
Date of Birth: 
Drivers License No: **H252609622472**
CDL ☐  DL State: **MD**
Social Security No:

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female
Hair: **Blk**  Eyes: **Brn**  Height: **5'4**  Weight: **165**

### VEHICLE
VIN: **1GC4YME78LF126230**  CMV ☐
Tag No: **NONE**  State: **N/A**  Year: **19**  Make/Model: **CHEV/SILVERADO**  PASS ☐  Color: **BLACK**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → Total Collateral Due

### YOUR COURT DATE
Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100
Date: **09/19/2019**
Time: **0900**

X Defendant Signature: **REFUSAL**

(Rev 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **SEPTEMBER 7**, 20**19** while exercising my duties as a law enforcement officer in the **EASTERN** District of **VIRGINIA**

ON SEPTEMBER 7, 2019 AT APPROXIMATELY 0922 HOURS WHILE ON THE PENTAGON RESERVATION I, OFFICER STAINES (1107), WAS CONDUCTING A TRAFFIC STOP ON A BLACK CHEVROLET PICK-UP TRUCK BEARING NO REGISTRATION FOR AN IMPROPER U-TURN. I MADE CONTACT WITH THE DRIVER, MONICA N. HAGANS, IDENTIFIED BY HER NAME AND DATE OF BIRTH (06/30/1979). HAGANS HAD SLURRED SPEECH AND GLASSY EYES. SERGEANT COOK (153) PERFORMED A BATTERY OF STANDARDIZED FIELD SOBRIETY TEST ON HAGANS. HAGANS PERFORMED UNSATISFACTORY ON THREE OUT OF THREE TESTS AS WELL AS THE VERTICAL GAZE NYSTAGMUS TEST.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: **09/07/2019**
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle, CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

| CVB Location Code | |
|---|---|
| EV78 | ☒ |

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 7950845 | STAINES | 52824 |

7950845

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/07/2019  1042 | 32 CFR 234.17(c) / VA 46.2-300 |

Place of Offense: METRO ACCESS ROAD

Offense Description Factual Basis for Charge: OPERATING ON A REVOKED LICENSE

HAZMAT ☐

### DEFENDANT INFORMATION
Phone ( 443 ) 653 - 3155

| Last Name | First Name | M I |
|---|---|---|
| HAGANS | MONICA | N. |

Street Address: 109 CARAWAY ROAD APT. B1

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| REISTERSTOWN | MD | 21136 | |

| Drivers License No. | CDL ☐ | D L State | Social Security No |
|---|---|---|---|
| H252609622472 | | MD | |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BLK | BRO | 5'4 | 165 |

VEHICLE  VIN 1GC4YME78LF126230  CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| NONE | N/A | 19 | CHEV/SILVERADO | | BLACK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| United States District Court  401 Courthouse Square  Alexandria, VA 22314  703-299-2100 | 09/19/2019 |
| | Time (hh:mm)  0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: REFUSAL

(Rev 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 7, 20 19 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

ON SEPTEMBER 7, 2019 AT APPROXIMATELY 0923 HOURS WHILE ON THE PENTAGON RESERVATION I, OFFICER STAINES (1127), WAS CONDUCTING A TRAFFIC STOP ON A BLACK CHEVROLET PICK-UP TRUCK WITH NO REGISTRATION FOR AN IMPROPER U-TURN, ON THE METRO ACCESS ROAD. I IDENTIFIED THE DRIVER, MONICA N. HAGANS, BY HER NAME AND DATE OF BIRTH (06/20/1974). THE PENTAGON OPERATIONS CENTER ADVISED HAGANS' DRIVERS LICENSE OUT OF MARYLAND (H-252-609-622-472) WAS REVOKED.

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/07/2019  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle; CDL = Commercial drivers license,  CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

CVB Location Code: **EV78**

Violation Number: **7950846**
Officer Name (Print): **STAINES**
Officer No: **S2824**

**7950846**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **09/07/2019 1042**
Offense Charged: ☒ CFR ☐ USC ☒ State Code
**32 CFR 234.17(c)**
**VA 46.2-1094**

Place of Offense: **METRO ACCESS ROAD**

Offense Description Factual Basis for Charge: **DRIVING WITHOUT WEARING SEATBELT**

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: ( **443** ) **653** - **3455**

Last Name: **HAGANS**
First Name: **MONICA**
M.I.: **N.**

Street Address: **109 CARAWAY ROAD APT. B1**
City: **REISTERSTOWN**
State: **MD**
Zip Code: **21136**
Date of Birth (mm/dd/yyyy): (redacted)

Drivers License No: **H252609622472**
CDL ☐  DL State: **MD**
Social Security No:

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female
Hair: **BLK**   Eyes: **BRO**   Height: **5'4"**   Weight: **165**

### VEHICLE
VIN: **1GC4YME78LF126230**   CMV ☐
Tag No: **NONE**   State: **N/A**   Year: **19**   Make/Model: **CHEV/SILVERADO**   PASS ☐   Color: **BLACK**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ ~~Forfeiture Amount~~
+ ~~$30 Processing Fee~~
PAY THIS AMOUNT → $ ~~Total Collateral Due~~

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Add: United States District Court
401 Courthouse Square
Alexandria, VA 22314
703-299-2100

Date (mm/dd/yyyy): **09/19/2019**
Time (hh:mm): **0900**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **REFUSAL**

(Rev 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **SEPTEMBER 7**, 20**19** while exercising my duties as a law enforcement officer in the **EASTERN** District of **VIRGINIA**

ON SEPTEMBER 7, 2019 AT APPROXIMATELY 0523 HOURS WHILE ON THE PENTAGON RESERVATION I, OFFICER STAINES (1107), OBSERVED A BLACK CHEVROLET PICK-UP TRUCK ON THE METRO ACCESS ROAD. THE DRIVER HAD NO SEAT BELT ON. I INITIATED A TRAFFIC STOP AND IDENTIFIED THE DRIVER, MONICA N HAGANS, BY HER NAME AND DATE OF BIRTH (06/24/1979).

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/07/2019**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident